**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1467**

_____

CHRISTOS D. DEDES,

        Plaintiff - Appellant,

      v.

ROSEWELL PAIGE; JOHN H. O'BRION, JR.; JAMES WATSON MORRIS, III; DANIEL T. BALFOUR; SHILLING & ASSOCIATES; WILLIAM R. CURDTS; JAMES R. SPENCER, Judge of the United States District Court; JAMES WARD; ROBERT BROOKS, Lawyer; PAUL BUCKWALTER; THE COMMONWEALTH'S ATTORNEY CHESTERFIELD COUNTY; MARY MARTELINO,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00110-RCY)

_____

Submitted:  June 12, 2025                    Decided:  June 17, 2025

_____

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Christos D. Dedes, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christos D. Dedes appeals the district court's order dismissing his complaint without prejudice for failure to comply with a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Dedes v. Paige*, No. 3:24-cv-00110-RCY (E.D. Va. Apr. 7, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*